SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ENLORA NEWKIRK,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br>Defendants. | Case No.: 4:16-CV-05691-SBA<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT CAPITAL ONE BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Elnora Newkirk and defendant Capital One, National Association, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   January 2, 2017          **Sagaria Law, P.C.**
                                  /s/ *Elliot Gale*
                                  Elliot Gale
                                  Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1