1  **DOLL AMIR & ELEY LLP**
   HUNTER R. ELEY (SBN 224321)
2  heley@dollamir.com
   1888 Century Park East, Suite 1850
3  Los Angeles, California 90067
   Tel: 310.557.9100
4  Fax: 310.557.9101
5
   Attorneys for Defendant CAPITAL ONE
6  AUTO FINANCE, A DIVISION OF
   CAPITAL ONE, N.A. (erroneously named
7  as CAPITAL ONE, NATIONAL ASSOCIATION)
8
9               **UNITED STATES DISTRICT COURT**
10              **NORTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| ELNORA NEWKIRK,<br><br>                  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; CAPITAL ONE, NATIONAL ASSOCIATION AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>                  Defendants. | Case 4:16-cv-05691-SBA<br>*Hon. Saundra Brown Armstrong*<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.; ORDER**<br><br>Complaint served: October 13, 2016<br><br>New |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Elnora Newkirk and defendant Capital One Auto Finance, a Division of Capital One, N.A., erroneously sued as "Capital One, National Association" ("Capital One"), that Capital One be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: February 17, 2017     **SAGARIA LAW, P.C.**

By: /s/ Elliot W. Gale
Elliot W. Gale
Attorneys for Plaintiff
ELNORA NEWKIRK

DATED: February 17, 2017     **DOLL AMIR & ELEY LLP**

By: /s/ Hunter R. Eley
Hunter R. Eley
Attorneys for Defendant
CAPITAL ONE AUTO FINANCE, A
DIVISION OF CAPITAL ONE, N.A.

I, Hunter R. Eley, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot Gale has concurred in this filing.

/s/ Hunter R. Eley

**ORDER**

Pursuant to the stipulation of the Parties, Capital One is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: February 17, 2017

*Sandra B. Armstrong*
UNITED STATES DISTRICT JUDGE