UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELNORA NEWKIRK, | Case No: C 16-5691 SBA |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC, et al., | |
| Defendants. | |

In accordance with the Court's Order Granting Defendants' Motions to Dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants: Experian Information Solutions, Inc.; and Equifax, Inc.

IT IS SO ORDERED.

Dated: 3/16/17

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge